UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                          Case No. 3:20-cr-85

vs.

TONYA MORGAN,                                District Judge Michael J. Newman

    Defendant.

---

**ORDER DENYING AS MOOT DEFENDANT'S *PRO SE* MOTION FOR COMPASSIONATE RELEASE (Doc. No. 22)**

---

        This case is before the Court on Defendant Tonya Morgan's ("Morgan") *pro se* motion for compassionate release. Doc. No. 50. On July 20, 2021, Morgan was sentenced to 8 months imprisonment for violating the conditions of her probation. Doc. No. 17. On January 4, 2022, Morgan sent a letter, which the Court construed as a *pro se* motion for compassionate release, requesting that she be placed in a residential re-entry center for the remainder of her sentence, which expired on March 20, 2022. Doc. No. 22. In response, the Government informed the Court that Morgan had already been released to a residential re-entry center in Cincinnati before her sentence concluded. *See* Doc. No. 27-1. Therefore, since Morgan has received the relief she has requested, the Court **DENIES AS MOOT** her motion for compassionate release.

        **IT IS SO ORDERED.**

   March 24, 2022                                    s/Michael J. Newman
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge